*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

July 18, 2012

**Filed Electronically**

Honorable Thomas C. Platt
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Veronica Wagner
          Criminal Docket No. 09-276(TCP)

Dear Judge Platt:

    Please accept this letter application requesting an adjournment of the defendant Veronica Wagner's ("Wagner") sentence from its presently scheduled date of Friday, July 20, 2012, until October 12, 2012, at 10:30 a.m., a date and time suggested by your courtroom deputy. To complete my sentencing memorandum, I am contacting the defendant's family members who reside outside New York. In addition, other scheduled commitments prevent me from requesting an earlier date.

    I have been in contact with Assistant U.S. Attorney John Durham, and he has no objection to our requested adjournment.

Thank you very much for your consideration of this application.

Respectfully submitted,

Robert P. LaRusso

cc: John Durham
Assistant U.S. Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722
(via ecf)

Lauren Corcoran
U.S. Probation officer
Eastern District of New York
202 Federal Plaza
Central Islip, New York 11722
(via mail)